AO 442 (Rev. 11/11) Arrest Warrant

# United States District Court
## for the
## Western District of New York

United States of America

v.

**JOSEPH LICATA**

Case No. 20-MJ-5026

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **Joseph Licata**, who is accused of an offense or violation based on the following document filed with the Court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

On or about the date of January 21, 2020, in the County of Erie, in the Western District of New York, the defendant entered the M&T Bank located 130 Grant St., Buffalo, New York 14213, a financial institution whose deposits are insured by the Federal Deposit Insurance Corporation, and by force and violence, or by intimidation, obtained money belong to, or in the care, custody, control, management, or possession of, M&T Bank, a bank, in violation of Title 18, United States Code, Section 2113(a).

Date: January 22, 2020

City and State: Buffalo, New York

*Issuing officer's signature*

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and Title*

### Return

This warrant was received on *(date)* 1-22-2020, and the person was arrested on *(date)* 1-23-2020, at *(city and state)* Buffalo, New York.

Date: 1-23-2020

*Arresting officer's signature*

Ralph Joseph / Special Agent
*Printed name and title*